```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA

CELESTE BILES, AS THE                        CIVIL ACTION
ADMINISTRATRIX OF THE ESTATE
OF CLARENCE BROWN


VERSUS                                       NO: 07-5305


SCOTTSDALE INSURANCE COMPANY                 SECTION: R(3)
```

### ORDER AND REASONS ON MOTION TO REMAND

Plaintiff, Celeste B. Biles, Administratrix of the Estate of Clarence Brown, moves to remand this action on the grounds that the Court lacks diversity jurisdiction because the jurisdictional amount is not satisfied. It is undisputed that plaintiff's policy limits are $35,000. Even with a fifty percent penalty under La. Rev. Stat. § 22:658 and one-third attorneys' fee, this case does not involve more than $75,000. Plaintiff has not alleged that she suffered emotional distress or any other type of general damages from defendant's alleged breach of duty under La. Rev. Stat. § 22:1220. The damages due under § 22:1220 are damages due from the

breach of the duty of good faith, not the amount due under the policy. *See In re Hannover Corp. of Am.*, 67 F.3d 70, 76 (5th Cir. 1995); *Faust v. State Farm Fire and Cas. Co.*, 2007 1191163, at *3 (E.D. La. Apr. 20, 2007). It is not facially apparent from plaintiff's complaint that the amount in controversy exceeds $75,000, and defendant has submitted nothing else that would compel a different conclusion. Accordingly, plaintiff's motion to remand is GRANTED.

New Orleans, Louisiana, this 7th day of November, 2007.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE